UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ALAIN ALCALDE HERNANDEZ,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No.: 26cv5966-LL-DDL

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

[ECF No. 1]

Petitioner Alain Alcalde Hernandez seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents concede they are "unable to ascertain sufficient facts . . . to establish that there is a significant likelihood of removal in the reasonably foreseeable future" and thus "[p]etitioner is entitled to be released from custody subject to conditions of supervision." ECF 4 at 1–2. The Court **GRANTS** the Petition and orders that Petitioner be released immediately from detention, under appropriate conditions of supervision. The Clerk shall issue a judgment and close this case.

**IT IS SO ORDERED**.

Dated: October 28, 2026

Honorable Linda Lopez
United States District Judge